IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SARAH A. FRYER                                                                                        PLAINTIFF

vs.                                                   **2:06CV00183WRW**

MICHAEL J. ASTRUE,                                                                               DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Pursuant to the Order entered this date, the Court hereby affirms the final determination of the Commissioner and Plaintiff's complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 27th day of September, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE